RECEIVED

JUL 2 2 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| JACOLBY NUNEZ<br>LA. DOC #550280<br>VS. | CIVIL ACTION NO. 10-0767<br>SECTION P<br>JUDGE HAIK |
| WARDEN, JACKSON PARISH<br>DETENTION CENTER | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 22nd day of July, 2010.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE